IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIN KANAN, Individually and on behalf of those Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) N.D. Case No.: |
| SORRELLI TRUCKING, INC. and, INTERNATIONAL HAULING & EXCAVATING, INC., | ) Circuit Case No. 2017-CH-06816 ) ) ) ) |
| Defendants. | ) |

## NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

To:  Law Office Matthew M. Saffar
     800 E. Northwest Highway, Suite 1095
     Palatine, IL 60074

NOTICE IS GIVEN pursuant to 28 U.S.C. § 1446(d) that on July 5, 2017, pursuant to 28 U.S.C. §§ 1331 and 1441(a), the above captioned action was removed from the Circuit Court of Cook County, Illinois to the U.S. District Court for the Northern District of Illinois, Eastern Division.  A true and correct copy of the Notice of Removal is attached hereto.

Dated:  July 5, 2017

Respectfully Submitted,

SORRELLI TRUCKING INC. AND
INTERNATIONAL HAULING &
EXCAVATING, INC.

By: /s/ *Peter J. Gillespie*
    One of the Attorneys for Defendant

Peter J. Gillespie
Brian K. Jackson
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois  60654
Phone: (312) 467-9800 / FAX:  (312) 467-9479
pgillespie@lanermuchin.com
bjackson@lanermuchin.com

4844-9068-4747.v1

## CERTIFICATE OF SERVICE

Peter J. Gillespie, an attorney, hereby certifies that he caused the foregoing **Notice to Plaintiff of Removal of Action** in the above-captioned matter to be filed via the Court's CM/ECF system and served on the parties below via overnight mail, on this 5th day of July, 2017, to:

>Law Office Matthew M. Saffar
>800 E. Northwest Highway, Suite 1095
>Palatine, IL 60074

/s/ *Peter J. Gillespie*