### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| AMIN KANAN, Individually and on behalf of those Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-04968 |
| SORRELLI TRUCKING, INC. and, INTERNATIONAL HAULING & EXCAVATING, INC., | ) ) ) ) ) | Magistrate Judge Sheila Finnegan |
| Defendants. | ) | |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and between the undersigned counsel for Plaintiff and counsel for Defendant, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this matter be dismissed with prejudice, each party to bear their own costs.


/s/ Matthew M. Saffar  
Matthew M. Saffar  
Law Office Matthew M. Saffar  
800 E. Northwest Highway, Suite 1095  
Palatine, IL 60074  
(847) 259-6647  
(847) 259-6652 (fax)  

Attorney for Plaintiff

/s/ Peter J. Gillespie (By Consent)  
Peter J. Gillespie  
Brian K. Jackson  
Laner Muchin, Ltd.  
515 North State Street, Suite 2800  
Chicago, Illinois 60654  
(312) 467-9800 / (312) 467-9479 (fax)  

Attorneys for Defendants

## CERTIFICATE OF SERVICE

Matthew M. Saffar, an attorney, hereby certifies that he caused the foregoing **Rule 41(a)(a)(A)(ii) Stipulation of Dismissal with Prejudice** in the above-captioned matter to be served on the parties below, by operation of the Court's electronic filing system on this 30th day of May, 2018 addressed to:

> Peter J. Gillespie
> Brian K. Jackson
> Laner Muchin, Ltd.
> 515 North State Street, Suite 2800
> Chicago, Illinois 60654
> (312) 467-9800
> (312) 467-9479 (fax)
>
> Attorneys for Defendants
>
> /s/Matthew M. Saffar